UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MAH H. KOH,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MERIDIAN FINANCIAL SERVICES, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:17-cv-01282-JCM-PAL<br><br>**REPORT OF FINDINGS AND RECOMMENDATION** |

　　　This matter is before the court on Plaintiff Mah H. Koh's failure to comply with the court's March 30, 2018 Order (ECF No. 4). This matter is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4 of the Local Rules of Practice.

　　　Plaintiff is proceeding in this action *pro se*, that is, he is representing herself. She filed an Application to Proceed In Forma Pauperis (ECF No. 1) and proposed Complaint (ECF No. 1-1) on May 8, 2017. The court issued a Screening Order (ECF No. 4) granting Plaintiff permission to proceed *in forma pauperis* and screening the complaint pursuant to 28 U.S.C. § 1915(e). The undersigned found that the complaint failed to state a claim upon which relief could be granted and gave her until April 30, 2018, to file an amended complaint if she believed she could cure the deficiencies. The screening order warned Plaintiff that a failure to file an amended complaint addressing the noted deficiencies would result in a recommendation to the district judge that this case be dismissed. Ms. Koh has failed to file an amended complaint and failed to request an extension of time to do so before the April 30, 2018 deadline.

　　　Accordingly,

/ / /

/ / /

/ / /

1

**IT IS RECOMMENDED:**

1. Plaintiff Mah H. Koh's Complaint (ECF No. 1-1) be DISMISSED without prejudice.

2. The Clerk of the Court be instructed to close this case and enter judgment accordingly.

Dated this 29th day of May, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

**<u>NOTICE</u>**

This Report of Findings and Recommendation is submitted to the assigned district judge pursuant to 28 U.S.C. § 636(b)(1) and is not immediately appealable to the Court of Appeals for the Ninth Circuit. Any notice of appeal to the Ninth Circuit should not be filed until entry of the district court's judgment. *See* Fed. R. App. Pro. 4(a)(1). Pursuant to LR IB 3-2(a) of the Local Rules of Practice, any party wishing to object to a magistrate judge's findings and recommendations of shall file and serve *specific written objections*, together with points and authorities in support of those objections, within 14 days of the date of service. *See also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. Pro. 6, 72. The document should be captioned "Objections to Magistrate Judge's Report of Findings and Recommendation," and it is subject to the page limitations found in LR 7-3(b). The parties are advised that failure to file objections within the specified time may result in the district court's acceptance of this Report of Findings and Recommendation without further review. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). In addition, failure to file timely objections to any factual determinations by a magistrate judge may be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the recommendation. *See Martinez v. Ylst*, 951 F.2d 1153, 1156 (9th Cir. 1991); Fed. R. Civ. Pro. 72.