UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MAH H. KOH, | Case No. 2:17-CV-1282 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| MERIDIAN FINANCIAL SERVICES, INC., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Leen's report and recommendation ("R&R"). (ECF No. 6). No objections have been filed, and the deadline for filing objections has since passed.

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

**James C. Mahan**
**U.S. District Judge**

1 Magistrate Judge Leen recommends that plaintiffs' complaint be dismissed without prejudice for failure to comply with a court order.[1] (ECF No. 6).

Plaintiffs have not objected to the report and recommendation. Nevertheless, this court finds it appropriate to engage in a *de novo* review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation and underlying briefs, the court finds that good cause appears to adopt the magistrate judge's findings.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Leen's report and recommendation (ECF No. 6) be, and the same hereby is, ADOPTED in its entirety.

IT IS FURTHER ORDERED that plaintiff's complaint be, and the same hereby is, DISMISSED without prejudice.

The clerk shall enter judgment accordingly and close the case.

DATED June 15, 2018.

_____
UNITED STATES DISTRICT JUDGE

---

[1] On March 30, 2018, Judge Leen issued a screening order which held that plaintiff's complaint failed to state a claim upon which relief can be granted. (ECF No. 4). Judge Leen ordered plaintiff to file an amended complaint by April 30, 2018, if plaintiff wished to pursue this action. *Id.* As the R&R notes, plaintiff has not filed an amended complaint or sought an extension of time. (ECF No. 6).

**U.S. District Judge**